UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|               |   |                          |
|---------------|---|--------------------------|
|               | ) | CHAPTER 7                |
|               | ) |                          |
| IN RE:        | ) | CASE NO. 07-61324        |
|               | ) |                          |
| MARJORIE A. JONES, | ) |                     |
|               | ) | JUDGE RUSS KENDIG        |
| Debtor.       | ) |                          |
|               | ) |                          |
|               | ) | **MEMORANDUM OPINION**   |
|               | ) | **(WRITTEN OPINION)**    |

Debtor filed an Application for Wavier of the Chapter 7 Filing Fee (hereinafter "application) on May 8, 2007. Following her compliance with a court order directing her to file additional documents for the court's review, the court took the application under advisement. For the reasons set forth in the accompanying Memorandum of Decision, the court hereby **GRANTS** the application. Debtor is permitted to proceed in forma pauperis and the filing fee is hereby waived.

It is so ordered.

/s/ Russ Kendig
Judge Russ Kendig
U.S. Bankruptcy Judge     JUL 25 2007

1

## Service List

Marjorie A. Jones
1782 Gasche Street, Apartment 18
Wooster, OH 44691

Anthony J. DeGirolamo
Courtyard Centre, Suite 625
116 Cleveland Ave., N.W.
Canton, OH 44702

Wayne W. Sarna
Community Legal Aid Services, Inc.
11 Federal Plaza Central
Metropolitan Tower, 7th Floor
Youngstown, OH 44503

07-61324-rk    Doc 17    FILED 07/25/07    ENTERED 07/25/07 12:15:51    Page 2 of 2